UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 20-01633 |
| Dolisa T. Scott | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Carol A. Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER GRANTING RELIEF FROM STAY AND RELIEF FROM CODEBTOR STAY**

This matter, coming to be heard on the motion of Paul Ruiz, this Court having jurisdiction and due notice being given all parties entitled thereto, this Court orders that the motion is GRANTED, and:

1. Paul Ruiz is granted relief from the automatic stay to proceed with his eviction action, only to obtain in rem relief, against Dolisa T. Scott;

2. Paul Ruiz is granted relief from the codebtor stay to proceed with his eviction action, and seek all available remedies, against Keith L. Hutchen;

3. The 14-day stay of Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived and not applicable.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated:  February 04, 2020

**Prepared by:**

Justin R. Storer (ARDC 6293889)
Lakelaw
53 W. Jackson, Suite 1115
Chicago, IL 60604